DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SADLER

No. 116.

Case below: 40 N.C. App. 22.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 May 1979.

STATE v. SEYMOUR

No. 33 PC.

Case below: 38 N.C. App. 243.

Application by defendant for further review denied 1 May 1979.

STATE v. STEVENS

No. 99 PC.

Case below: 40 N.C. App. 428.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

STATE v. TANNER

No. 58 PC.

Case below: 39 N.C. App. 668.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 May 1979.

STATE v. WATKINS

No. 90 PC.

Case below: 40 N.C. App. 17.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.